IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| TERRY TYLER, | ) | |
| --- | --- | --- |
| Petitioner, | ) ) ) | |
| vs. | ) ) | Case No. CIV-11-210-M |
| PAUL A. KASTNER, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On May 23, 2011, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be dismissed with prejudice for lack of jurisdiction. The parties were advised of their right to object to the Report and Recommendation by June 13, 2011. On June 9, 2011, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 23, 2011, and

(2) DISMISSES the Petition for a Writ of Habeas Corpus with prejudice for lack of jurisdiction.

**IT IS SO ORDERED this 16th day of June, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE